UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____ )
RICHARD W. SETTIPANE, II          )
                                  )
          Plaintiff,              )  Case No.: 04-10188-REK
                                  )
v.                                )
                                  )
UNITED STATES OF AMERICA,         )
                                  )
          Defendant.              )
                                  )
_____)

UNITED STATES' NOTICE OF APPEARANCE

Please enter my appearance on behalf of the United States of America in this case in addition to the appearance of Glenn Melcher.

                              MICHAEL J. SULLIVAN
                              United States Attorney


                              /s/ Stephen J. Turanchik
                              _____
                              STEPHEN J. TURANCHIK
                              Trial Attorney, Tax Division
                              U.S. Department of Justice
                              Post Office Box 55
                              Ben Franklin Station
                              Washington, D.C.  20044
                              Telephone: (202) 307-6565

1

<u>CERTIFICATE OF SERVICE</u>

IT IS HEREBY CERTIFIED that service of the foregoing United States' Notice of Appearance has been made upon the following by depositing a copy in the United States mail, postage prepaid, this 12th day of February, 2004:

Francis J. DiMento, Esq.
DiMento & Sullivan
7 Faneuil Marketplace, 3rd Floor
Boston, MA 02109

/s/ Stephen J. Turanchik
_____
STEPHEN J. TURANCHIK
Trial Attorneys, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C.  20044
Telephones:    (202) 307-6565