UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____  )
RICHARD W. SETTIPANE, II     )
                             )
       Plaintiff,            ) Case No.: 04-10188-REK
                             )
v.                           )
                             )
UNITED STATES OF AMERICA,    )
                             )
       Defendant.            )
                             )
_____  )

## UNITED STATES' RESPONSE TO PLAINTIFF'S MOTION FOR EXTENSION OF PERIOD FOR DETERMINATION

The United States of America, through undersigned counsel, hereby states that it has no objection to the Plaintiff's Motion for Extension of Period for Determination.

          MICHAEL J. SULLIVAN
          United States Attorney

          /s/ Stephen J. Turanchik
          _____
          STEPHEN J. TURANCHIK
          Trial Attorney, Tax Division
          U.S. Department of Justice
          Post Office Box 55
          Ben Franklin Station
          Washington, D.C.  20044
          Telephone: (202) 307-6565

CERTIFICATE OF SERVICE

    IT IS HEREBY CERTIFIED that service of the foregoing United States' Response to Plaintiff's Motion for Extension of Period For Determination has been made upon the following by depositing a copy in the United States mail, postage prepaid, this 18th day of February, 2004:

>   Francis J. DiMento, Esq.
>   DiMento & Sullivan
>   7 Faneuil Marketplace, 3rd Floor
>   Boston, MA 02109

>   /s/ Stephen J. Turanchik
>   _____
>   STEPHEN J. TURANCHIK
>   Trial Attorneys, Tax Division
>   U.S. Department of Justice
>   Post Office Box 55
>   Ben Franklin Station
>   Washington, D.C.  20044
>   Telephones:    (202) 307-6565