UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD W. SETTIPANE, II )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Defendant. )<br>) | Case No.: 04-10188-REK |

### UNITED STATES' CERTIFICATION UNDER
### LOCAL RULE 16.1(D)(3)

The United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, submits the following pursuant to Mass. R. 16.1(D)(3).

Deborah S. Meland is the Acting Chief of the Civil Trial Section, Northern Region, Tax Division, Department of Justice, and is responsible for supervision of the Trial Attorney in the above-captioned case.

Glenn J. Melcher is the Trial Attorney for the Department of Justice assigned with primary responsibility for the above-captioned case.

1

The undersigned affirm that they have conferred (1) with a view to establishing a budget for the costs of conducting the full course - and various alternative courses – for the litigation; and (2) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

/s/ Deborah A. Meland
DEBORAH S. MELAND
Acting Chief, Civil Trial Section
Northern Region, Tax Division
U.S. Department of Justice


/s/ Glenn J. Melcher
GLENN J. MELCHER
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C.  20044
Telephones:   (202) 307-6573
Facsimile: (202) 514-5238
Glenn.J.Melcher@usdoj.gov

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that, on this 13th day of July, 2004, a copy of the foregoing UNITED STATES' CERTIFICATION UNDER TO LOCAL RULE 16.1(D)(3) was filed electronically. Notification of this filing will be sent to each counsel via the electronic filing system. A copy of this document will also be sent to the following counsel of record by first class mail:

> Francis J. DiMento, Esq.
> DiMento & Sullivan
> 7 Faneuil Marketplace, 3rd Floor
> Boston, MA 02109

> \_\_\_/S/ Glenn J. Melcher\_\_\_\_
> GLENN J. MELCHER
> Trial Attorney, Tax Division
> U.S. Department of Justice
> Post Office Box 55
> Ben Franklin Station
> Washington, D.C. 20044
> Telephones: (202) 307-6573