UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

07/20/04
LIN

| | |
|---|---|
| RICHARD W. SETTIPANE, II,<br>*Plaintiff,*<br><br>v.<br><br>THE UNITED STATES<br>OF AMERICA,<br>*Defendant.* | CIVIL ACTION NO. 04-10188-REK |

## LOCAL RULE 16.1(D)(3) CERTIFICATION

Pursuant to the Notice of Scheduling Conference dated June 16, 2004, the plaintiff and his counsel hereby certify that they have conferred regarding projected expenses of prosecuting this Complaint for Judicial Review of Jeopardy Assessment pursuant to 26 U.S.C. § 7429, and they have also conferred about resolution of this matter through the use of alternative dispute resolution.

_____
Jason A. Kosow
BBO No. 644701
DiMENTO & SULLIVAN
7 Faneuil Marketplace, 3rd Floor
Boston, MA 02109-1649
Tel. (617) 523-2345

Dated: July 20, 2004

## CERTIFICATE OF SERVICE

I certify that I caused a copy of the foregoing to be served by hand this July 20, 2004, on:

Glenn J. Melcher
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044

_____
Jason A. Kosow