UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| RICHARD W. SETTIPANE, II | ) | |
| Plaintiff, | ) | Case No.: 04-10188-REK |
| v. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**STIPULATION FOR TIMELY EXCHANGE OF WITNESS LISTS AND EXHIBITS**

The plaintiff and the defendant hereby stipulate to exchange witness lists and exhibits no later than September 14, 2004, in light of the following considerations:

1. On January 27, 2004, the plaintiff brought this civil action against the United States pursuant to 26 U.S.C. section 7429 for review of a jeopardy assessment made against him by the Internal Revenue Service.

2. On July 20, 2004, the Court scheduled a trial in this matter for September 21, 2004. See Civil Docket Entry re Scheduling dated 7/20/2004 (incorrectly reflecting trial date as date for motion hearing).

3. To facilitate the parties' presentation of the issues in this summary proceeding, and to promote the efficient use of the Court's time, each party will exchange with the other a list of all witnesses and a copy of all exhibits that the party may present at trial no later than one week before the trial scheduled for September 21, 2004.

| RICHARD W. SETTIPANE, II | UNITED STATES OF AMERICA |
|---|---|
| by  /s/ Jason A. Kosow | by  /s/ Glenn J. Melcher |
| Jason A. Kosow | Glenn J. Melcher |
| BBO No. 644701 | Trial Attorney, Tax Division |
| DiMento & Sullivan | U.S. Department of Justice |
| 7 Faneuil Marketplace, 3rd Floor | Post Office Box 55 |
| Boston, MA 02109-1649 | Ben Franklin Station |
| 617-523-2345 | Washington, D.C.  20044 |
| Tel. (617) 523-2345 | Telephone:  (202) 307-6573 |

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that, on this 24th day of August, 2004, a copy of the foregoing STIPULATION FOR TIMELY EXCHANGE OF WITNESS LISTS AND EXHIBITS was filed electronically. Notification of this filing will be sent to each counsel via the electronic filing system.

      /S/ Glenn J. Melcher
GLENN J. MELCHER
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6573