UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| RICHARD W. SETTIPANE, II | ) ) ) | |
| Plaintiff, | ) ) | Case No.: 04-10188-REK |
| v. | ) ) | |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) ) ) | |

**UNITED STATES OF AMERICA'S**
**WITNESS AND EXHIBIT LISTS**

The United States of America, by its undersigned attorney, hereby submits its witness list and exhibit list in the above-captioned proceeding.

**Witness List:**

    John V. Cardone, Esq.
    Associate Area Counsel
    Internal Revenue Service
    Office of Chief Counsel
    Small Business/Self-Employed Division Counsel
    10 Causeway Street, Room 401
    Boston, MA 02222-1061

    Richard W. Settipane, II
    16 Sunset Avenue
    North Reading, MA 01864

    Any witness called by the plaintiff.

**Exhibit List**:

| Exhibit No. | Bates-Stamp | Description |
|---|---|---|
| 1 | 0368 - 0387 | Choicepoint printouts |
| 2 | 1578 - 1580 | Forms 5385 |
| 3 | 1913 | Minutes of March 24, 2003 meeting |
| 4 | 1918 - 1923 | Forms 2644 |
| 5 | 1990 - 1992 | Pre-Approval Report for Jeopardy Assessment |
| 6 | 2046 - 2094 | Memorandum to Bill Neary with attached Registry of Deeds documents |
| 7 | 2302 | Choicepoint printout |
| 8 | 2299 - 2300 | Potential Levy Sources |
| 9 | 2303 - 2307 | IDRS Analysis - 199712/200112 |
| 10 | 3354 - 3359 | Forms 2644 |
| 11 | 3663 - 3664, 3666 | Portions of Arrest Report for Richard Settipane |
| 12 | 3684 - 3688 | Affidavit of Trooper Pasquale Russolillo in support of application for a search warrant |
| 13 | 3732 | Boston Herald newspaper article dated 12/1/1999 |
| 14 | 3736 - 3742 | 10/13/2003 Letter to IRS from Barry L. Weisman |
| 15 | 3754 - 3762 | Notice of Jeopardy Assessment and Right of Appeal |
| 16 | 3776 | Form 2645 |
| 17 | 3855 - 3861 | Memorandum to Area Director re: Jeopardy Assessment |

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

BARBARA HEALY SMITH
Assistant U.S. Attorney


       /S/ Glenn J. Melcher
GLENN J. MELCHER
MATTHEW C. HICKS
Trial Attorneys, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C.  20044
Telephones:    (202) 307-6573
                        (202) 307-6542
Facsimile: (202) 514-5238
Glenn.J.Melcher@usdoj.gov
Matthew.C.Hicks@usdoj.gov

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that, on this 14th day of September, 2004, a copy of the foregoing UNITED STATES OF AMERICA'S WITNESS AND EXHIBIT LISTS was filed electronically. Notification of this filing will be sent to each counsel via the electronic filing system. A copy of this document will also be sent to the following counsel of record by FedEx.

        Francis J. DiMento, Esq.
        DiMento & Sullivan
        7 Faneuil Marketplace, 3rd Floor
        Boston, MA 02109

          /S/ Glenn J. Melcher
        GLENN J. MELCHER
        Trial Attorney, Tax Division
        U.S. Department of Justice
        Post Office Box 55
        Ben Franklin Station
        Washington, D.C. 20044
        Telephones: (202) 307-6573