UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                                        )
RICHARD SETTIPANE, II,                  )
      Plaintiff                         )
                                        )      CIVIL ACTION
      v.                                )      NO. 04-10188-REK
                                        )
UNITED STATES OF AMERICA,               )
      Defendant                         )
_____)
```

**Final Judgment**
October 26, 2004

For the reasons stated in the Memorandum and Order of this date, it is

ORDERED:

Judgment for the Defendant, the United States of America, and against the Plaintiff, Richard R. Settipane, II, each party to bear its own costs.

Approved:                               By the Court,


__/s/Robert E. Keeton____               ____/s/Karen Folan_____
Senior United States District Judge     Karen Folan, Deputy Clerk