UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
RICHARD SETTIPANE, II,                      )
        Plaintiff                           )
                                            )       CIVIL ACTION
        v.                                  )       NO. 04-10188-REK
                                            )
UNITED STATES OF AMERICA,                   )
        Defendant                           )
_____)

**Order**
December 7, 2004


        Upon reviewing the Findings of Fact and Conclusions of Law issued on October

26, 2004, I have become aware of minor errors in the document.  Consequently, I am reissuing a

corrected version of the Findings of Fact and Conclusions of Law simultaneously with this Order.

It supercedes the previous Findings of Fact and Conclusions of Law.  This case remains

CLOSED.


                                    _____/s/Robert E. Keeton___
                                         Robert E. Keeton
                                    Senior United States District Judge